IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTY TOHTSONI, *as Personal Representative*
*of the Estate of Andy Tohtsoni,*

      Plaintiff,

v.                                         No. CV 19-0233 KG/JHR

UNITED STATES OF AMERICA,

      Defendant.

ORDER SETTING A TELEPHONIC STATUS CONFERENCE

IT IS HEREBY ORDERED that a status conference will be held by telephone on **TUESDAY, SEPTEMBER 21, 2021, AT 1:30 P.M**.  Counsel shall call the AT&T conference line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.  Counsel shall be prepared to discuss the setting of a jury trial in this matter.

_____
UNITED STATES DISTRICT JUDGE